United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PLACE et al., Plaintiff, v. FORD MOTOR COMPANY., Defendant. | Case No. 25-cv-07674-NW<br>**JUDGMENT**<br>Re: ECF 21 |

Pursuant to Pursuant to Federal Rule of Civil Procedure 68(a) and the accepted offer of judgment (ECF No. 21-2), the Court hereby ENTERS judgment in favor of Plaintiffs and against Defendant. Defendant will pay Plaintiffs the sum of $64,000.00 for Plaintiffs' 2019 Lincoln Navigator, VIN: 5LMJJ3LT4KEL25256, within forty-five days of acceptance of the offer. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 24, 2026

Noël Wise
United States District Judge